# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| You Mei,<br><br>PLAINTIFF(S)<br>v.<br><br>Jaddou Ur-Mendoza; et al.,<br><br>DEFENDANT(S). | **CASE NUMBER:**<br>2:23cv03675 CBM (Ex)<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| June 18, 2024 | 13 | NOTICE TO FILER OF DEFICIENCIES |
| June 20, 2024 | 14 | NOTICE TO FILER OF DEFICIENCIES |

- ☐ Document submitted in the wrong case
- ☑ Incorrect document is attached to the docket entry **[13]**
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other:
      Due to Clerical Errors, docket nos. 13 and 14 are hereby stricken.

Dated: June 21, 2024

By: _____
U.S. District Judge

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)