JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (Bar No. 105444)
rberman@jmbm.com
STANLEY M. GIBSON (Bar No. 162329)
sgibson@jmbm.com
JESSICA BROMALL SPARKMAN (Bar No. 235017)
jbromall@jmbm.com
CELINE OHANIAN (Bar No. 352421)
cohanian@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567

Attorneys for Plaintiffs Sebastien Reant and Amanda Reant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEBASTIEN REANT, an individual, and AMANDA REANT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LUTECE GALLERY, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02302-CBM-KESx<br><br>**JUDGMENT AND PERMANENT INJUNCTION  [19]  [JS-6]**<br><br>The Hon. Consuelo B. Marshall |

WHEREAS, Plaintiffs Sebastien Reant and Amanda Reant ("Plaintiffs") on the one hand and Defendant Lutèce Gallery, LLC ("Defendant"), consenting to personal jurisdiction, subject matter jurisdiction, and venue in this District Court, and pursuant to the Stipulation for Entry of Judgment and Permanent Injunction (the "Stipulation") that the parties have filed in the above-captioned action, hereby stipulate and consent to the entry of the following Judgment and Permanent Injunction (the "Judgment").

{91739144.v1}
72096085v1

1

JUDGMENT & PERMANENT INJUNCTION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has jurisdiction over the subject matter of this action, Plaintiffs, and Defendant.

2. Plaintiffs own valid and enforceable rights in and to the trademark LUTECA (the "LUTECA Mark") in connection with the design and retail sale of high-end and unique luxury furniture

3. Defendant previously used the trademark LUTÈCE ("Defendant's Mark") in connection with the design and retail sale of high-end luxury furniture.

4. Within three months of the date of this Order, Defendant shall permanently and forever cease and desist worldwide from using, applying to register, or otherwise acquiring any registration of or for: (i) the LUTECA Mark and any marks confusingly similar thereto, as or as a part of any trademark, trade name, business or corporate name, domain name, social media name, username, handle, or the like, email address, email display name, or in any other manner whatsoever; or (ii) the term "Lutèce" as or as a part of any trademark, trade name, business or corporate name, domain name, social media name, username, handle, or the like, email address, email display name, or in any other manner whatsoever. Defendant shall also cease all use of the domain name "lutececollective.com."

5. Defendant shall never form any business entities or organizations to avoid the restrictions set forth in this Agreement, or to, in any way, assist any third party to engage in any conduct that would violate the aforementioned restrictions, including, without limitation, the formation of any business entities or organizations.

6. In any proceeding to enforce this Judgment, the prevailing party shall be entitled to recover its reasonable attorneys' fees and costs.

7. Notwithstanding any contrary provisions of the Federal Rules of Civil Procedure, and notwithstanding the absence of any findings of fact and/or conclusions of law by this Court, any requirements for which have been expressly

1 waived by Plaintiffs and Defendant, this Judgment is a final judgment in this action
2 and suitable for entry by the Clerk pursuant to Fed. R. Civ. Proc. 58 and 79(a).

4 Dated: _____JUNE 24__, 2024          _____
5                                          The Hon. Consuelo B. Marhsall
6                                          United States District Court Judge